UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 23-CR-14015-MARTINEZ/MAYNARD**

UNITED STATES OF AMERICA

      Plaintiff,

v.

LAKESIA DENISE BLACKSHELL,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on July 21, 2023 **[ECF No. 60]**. A Report and Recommendation was filed on July 21, 2023, recommending that the Defendant's plea of guilty be accepted **[ECF No. 63]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 63]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Counts Two and Three of the Indictment. Counts Two and Three charge Defendant with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). The Defendant acknowledged that she understood the statutory penalties that apply in her case.

Sentencing has been set in this matter for **Friday, September 29, 2023, at 11:00 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, United States Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ⟨8⟩ day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office